| | |
|---|---|
| 1 | DLA PIPER LLP (US) |
| 2 | DAVID ROMANSKI (Bar No. 73963)<br>david.romanski@dlapiper.com |
| 3 | 153 Townsend Street, Suite 800<br>San Francisco, CA 94107-1957 |
| 4 | Tel: 415.836.2500<br>Fax: 415.836.2501 |
| 5 | Attorneys for Defendant |
| 6 | BDO SEIDMAN LLP |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MEREDITH, in his capacity as trustee of the Granum 1983 children's Trust; ROBERT GRANUM, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BDO SEIDMAN, LLP, a limited liability partnership; GRAMERCY ADVISORS, LLC, a Delaware limited liability company; and DOES ONE THROUGH THIRTY, inclusive,<br><br>Defendants. | No. C 08-04790 HRL<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT BDO SEIDMAN LLP'S TIME TO RESPOND TO COMPLAINT AND DECLARATION OF DAVID J. ROMANSKI IN SUPPORT THEREOF** |

Plaintiffs William Meredith and Robert Granum ("Plaintiffs") and Defendant BDO Seidman LLP ("Defendant"), by and through their respective attorneys, hereby agree and stipulate as follows:

1. Plaintiffs and Defendant have agreed to work together to seek possible resolution of this matter through mediation. To that end, Plaintiffs and Defendant have scheduled a mediation on January 7, 2009, with the Hon. Layn Phillips.

2. While reserving all rights to object to the removal of this action to the federal court, Plaintiffs and Defendant agree that an extension of time of Defendant to respond to the Complaint, to February 17, 2009, will serve to prevent the incursion of unnecessary attorney fees and costs, and is in the interest of judicial economy. Neither Plaintiffs nor Defendant will be harmed by the extension of Defendant's time to respond to the Complaint.

3. Plaintiffs and Defendants entered into the same Stipulation when the case was pending in the Santa Clara County Superior Court. That Stipulation was approved by the Superior Court on September 23, 2008.

4. Plaintiffs and Defendant agree that Defendant shall have until February 17, 2009, to respond to the Complaint.

Dated: October 22, 2008

LUKENS LAW GROUP
William Lukens (SB# 037196)
Jennifer L. Jonak (SB# 191323)

By: /s/ Jennifer L. Jonak
    Attorneys for Plaintiffs

Dated: October 22, 2008

DLA PIPER LLP (US)
DAVID J. ROMANSKI (SB#073963)

By: /s/ David J. Romanski
    Attorneys for Defendant

## DECLARATION OF DAVID J. ROMANSKI

1. I, David J. Romanski, declare that the following is true and correct.

2. I am a partner in DLA Piper LLP (US), counsel for Defendant BDO Seidman, LLP in this matter.

3. I make this declaration on personal knowledge and if called, could competently testify to the matters stated herein.

4. The Complaint herein was filed in the Santa Clara County Superior Court on May 20, 2008 and was assigned docket number 108 CV 113102.

5. On September 23, 2008, that Court entered an Order approving the Stipulation between Plaintiffs and Defendant extending Defendant's time to respond to the Complaint to February 17, 2009. A true copy of that Stipulation and Order is attached hereto as Exhibit A.

6. Defendant Gramercy Advisors, LLC filed its Notice of Removal to this Court on October 17, 2008.

7. The Stipulation between Plaintiffs and Defendant to extend Defendant's time to respond to the Complaint is necessary to avoid the unnecessary incursion of attorneys fees and costs pending the mediation of this matter, which is scheduled for January 7, 2009.

8. The only previous Stipulation to extend Defendant's time to respond to the Complaint is the one previously approved by the Superior Court.

9. The Stipulated extension would require the rescheduling of the Initial Case Management Conference, currently scheduled for February 10, 2009, and the other related deadlines.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of October, 2008 in San Francisco, California.


/s/ David J. Romanski


IT IS SO ORDERED.

Dated: October 24, 2008

Hon. ~~Howard R. Lloyd~~ Jeremy Fogel
U.S. ~~Magistrate~~ District Judge