MARK A. BYRNE (CA SB# 116657)
*markbyrne@byrnenixon.com*
BYRNE & NIXON LLP
800 West Sixth, Suite 430
Los Angeles, California 90017
Tel: (213) 620-8003
Fax: (213) 620-8012

Attorneys for Defendant
GRAMERCY ADVISORS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MEREDITH, in his capacity as trustee of the Granum 1983 Children's Trust; ROBERT GRANUM, an individual,  .<br><br>  Plaintiffs,<br><br>  v.<br><br>BDO SEIDMAN, LLP, a limited liability partnership; GRAMERCY ADVISORS, LLC, a Delaware limited liability company; and DOES ONE THROUGH THIRTY, inclusive,<br><br>  Defendants. | CASE  NO. C 08-04790 HRL<br><br>**STIPULATION RE DEADLINE FOR GRAMERCY ADVISORS LLC TO RESPOND TO COMPLAINT**<br>  AND ORDER |

This Stipulation is entered into by and between Plaintiffs William Meredith, in his capacity as trustee of the Granum 1983 Children's Trust and Robert Granum (collectively, "Plaintiffs") and Defendant Gramercy Advisors LLC ("Gramercy"), specially appearing, through their respective counsel.

WHEREAS, on May 20, 2008, Plaintiffs filed a Complaint against Gramercy and BDO Seidman LLP in the Superior Court of California for the County of Santa Clara;

WHEREAS, on September 19, 2008, Plaintiffs personally served Gramercy with a copy of the Summons and Complaint;

WHEREAS, Gramercy's response to the Complaint would ordinarily be due on or before October 20, 2008;

WHEREAS, Plaintiffs agreed to a thirty day (30) day extension for Gramercy to respond to the Complaint, without prejudice to any jurisdictional challenges Gramercy may raise in its response;

WHEREAS, Gramercy filed a notice of removal on October 17, 2008, and Local Rule 6-1 provides that any stipulation regarding the extension of time to respond to a Complaint shall be filed with the Court;

IT IS HEREBY STIPULATED by and between the parties as follows:

1.     Gramercy shall have up to and including November 19, 2008, to answer or otherwise respond to the Complaint.


2. This stipulation will not be considered as Gramercy's submission to the jurisdiction of this Court, as Gramercy may challenge personal jurisdiction.

3. This stipulation shall not be construed as a waiver of Plaintiffs' rights to object to the removal of this action to federal court.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: October 22, 2008
BYRNE & NIXON, LLP
MARK A. BYRNE

By: /s/ Mark A. Byrne
Attorneys for Defendants
GRAMERCY ADVISORS LLC

DATED: October 22, 2008
LUKENS LAW GROUP
JENNIFER L. JONAK

By: /s/ Jennifer L. Jonak
Attorneys for Plaintiff
WILLIAM MEREDITH, acting in his capacity as trustee, and ROBERT GRANUM

IT IS SO ORDERD

Dated: 10/24/08

Jeremy Fogel, U.S. District Judge

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is **800 West Sixth Street, Suite 430, Los Angeles, California  90017**.

I have caused the service of **STIPULATION RE DEADLINE FOR GRAMERCY ADVISORS LLC TO RESPOND TO COMPLAINT** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notified the following:

William M. Lukens (wlukens@lukenslaw.com)

Jennifer L. Jonak (jjonak@lukenslaw.com)

David J. Romanski (david.romanski@dlapiper.com)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 22, 2008**, at Los Angeles, California.

/s/ Leticia Rosales (lettyrosales@byrnenixon.com)