


Case 5:08-cv-04790-JF   Document 15   Filed 02/09/09   Page 1 of 3

LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

**E-Filed 2/9/09**

Attorneys for Plaintiffs William Meredith, acting in his capacity as Trustee, and Robert Granum

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MEREDITH, in his capacity as trustee of the Granum 1983 Children's Trust; ROBERT GRANUM, an individual. <br><br> Plaintiffs, <br><br> v. <br><br> BDO SEIDMAN LLP, a limited liability partnership; GRAMERCY ADVISORS, LLC, a Delaware limited liability company; and DOES ONE THROUGH THIRTY, inclusive; <br><br> Defendants. | Case No.  C 08-04790 JF <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER DEADLINES** |

Plaintiffs WILLIAM MEREDITH and ROBERT GRANUM ("Plaintiffs"), Defendants BDO SEIDMAN LLP ("BDO") (collectively the "Parties"), by and through their respective attorneys, hereby agree and stipulate as follows:

1. The Parties agreed to work together to seek resolution of this matter through mediation, and to that end participated in a mediation session with the Hon. Layn Phillips (Ret.) on January 7, 2009.

2. These mediation efforts have been fruitful, and Plaintiffs and BDO have

**STIPULATION AND [PROPOSED] ORDER CONTINUING CMC (CASE NO. C 08-04790 JF)**

1  reached a settlement in principle which will resolve the dispute between them.  Plaintiffs
2  and BDO are working diligently toward finalization of a settlement agreement, and final
3  resolution of the within litigation.

4      3.    A Case Management Conference is currently set in this matter for February
5  13, 2009.  The Parties agree that continuing the case management conference by
6  approximately 60 days to April 10, 2009, during which time it is contemplated that the
7  settlement agreement between the Plaintiffs and BDO will be finalized and the dispute
8  between them resolved.  Accordingly, continuing the Case Management Conference will
9  serve to prevent the incursion of unnecessary attorney fees and costs, and is in the interest
10 of judicial economy.

11     4.    The Parties further agree that it is in the interest of judicial economy that
12 the deadline for BDO's response to the Complaint, currently February 17, 2009, also be
13 continued to April 10, 2009, as finalization of the contemplated settlement will render a
14 responsive pleading by BDO unnecessary.

15     5.    Pursuant to Stipulation, the Court has previously extended the deadlines for
16 Defendants to respond to the Complaint so that the Parties could explore settlement. Other
17 than the Court's *sua sponte* continuance of the Case Management Conference by one
18 week upon reassignment of this matter to the Hon. Jeremy Fogel, there have been no prior
19 modifications to the Case Management Schedule.

20     6.    Neither Plaintiffs nor Defendants will be harmed by the continuance of the
21 Case Management Conference or an extension of Defendants' time to respond to the
22 Complaint.  Defendant Gramercy Advisors, LLC's deadline to respond to the Complaint
23 is not until February 27, 2009, fourteen days after the date currently set for the Initial Case
24 Management Conference.  Counsel for Plaintiffs has conferred with counsel for Gramercy
25 concerning this stipulation, and Gramercy has no objections to the relief sought herein.

26     7.    The Parties agree that the Case Management Conference and BDO's
27 deadline to respond to the Complaint should be continued to April 10, 2009.

28     8.    The Parties further agree that this stipulation will not be considered as

Defendants' submission to the jurisdiction of this Court nor a waiver of Plaintiffs' right to assert that the Court has personal jurisdiction over Defendants.

IT IS SO STIPULATED.

Dated: February 6, 2009

LUKENS LAW GROUP
WILLIAM M. LUKENS (State Bar No. 037196)
JENNIFER L. JONAK (State Bar No. 191323)

By: ___/s/ William M. Lukens___
Attorneys for Plaintiffs

Dated: February 6, 2009

DLA PIPER US LLP
DAVID ROMANSKI (State Bar No. 073963)

By: ___/s/ David Romanski___
Attorneys for BDO Seidman LLP

PUSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/9/09

_____
THE HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE